```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                          TAMPA DIVISION
```

OHIO FARMERS INSURANCE CO.,

                Plaintiff,

v.                                  Case No. 8:10-cv-1948-T-33MAP

STEPHAN C. NESTEL, and
MARETA C. NESTEL,

                Defendants.
_____/

## **ORDER**

    This matter is before the Court on consideration of United States Magistrate Judge Mark A. Pizzo's Report and Recommendation (Doc. # 31), entered on June 1, 2011, which recommends that Defendants' Motion to Dismiss Amended Complaint and Motion to Strike Request for Fees and Costs (Doc. # 16) be granted with respect to the claims against Mareta Nestel and denied in all other respects.

    As of this date, there are no objections to the report and recommendation, and the time for the parties to file such objections has elapsed.

    After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject or modify the magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); <u>Williams v. Wainwright</u>,

681 F.2d 732 (11th Cir. 1982), cert. denied, 459 U.S. 1112 (1983). In the absence of specific objections, there is no requirement that a district judge review factual findings *de novo*, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations. 28 U.S.C. § 636(b)(1)(C). The district judge reviews legal conclusions *de novo*, even in the absence of an objection. See Cooper-Houston v. S. Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

After conducting a careful and complete review of the findings, conclusions and recommendations, and giving *de novo* review to matters of law, the Court accepts the factual findings and legal conclusions of the Magistrate Judge and the recommendation of the Magistrate Judge regarding the motion.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

1. United States Magistrate Mark A. Pizzo's Report and Recommendation (Doc. # 31) is **ACCEPTED** and **ADOPTED.**

2. Defendants' Motion to Dismiss Amended Complaint and Motion to Strike Request for Fees and Costs (Doc. # 16)

is **GRANTED** with respect to the claims against Mareta Nestel and denied in all other respects.

**DONE** and **ORDERED** in Tampa, Florida, this <u>24th</u> day of June, 2011.

                                                             *[signature]*
                                                             VIRGINIA M. HERNANDEZ COVINGTON
                                                             UNITED STATES DISTRICT JUDGE

Copies to:

All Counsel of Record